UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LUIS ALISON ROA LARA,<br><br>Defendant | ) Criminal No.   24cr10241<br>)<br>) Violations:<br>)<br>) Count One: False Statement in Application for<br>) Passport<br>) (18 U.S.C. § 1542)<br>)<br>) Count Two: Aggravated Identity Theft<br>) (18 U.S.C. § 1028A)<br>)<br>) Count Three: Misuse of a Social Security<br>) Number<br>) (42 U.S.C. § 408(a)(7)(B))<br>)<br>) False Statement in Application for Passport<br>) Forfeiture Allegation:<br>) (18 U.S.C. § 982(a)(6)(A)) |

INDICTMENT

COUNT ONE
False Statement in Application for Passport
(18 U.S.C. § 1542)

The Grand Jury charges:

On or about September 22, 2020, in the District of Massachusetts, the Defendant,

LUIS ALISON ROA LARA,

willfully and knowingly made a false statement in an application for a passport with the intent to induce and secure for his own use the issuance of a passport under the authority of the United States, contrary to the laws regulating the issuance of passports and the rules prescribed pursuant to such laws, to wit, the defendant claimed to be Victim 1, an individual assigned Social Security

number xxx-xx-6193, and claimed his date of birth was xx/xx/1978, which statements he knew to be false.

All in violation of Title 18, United States Code, Section 1542.

## COUNT TWO
### Aggravated Identity Theft
### (18 U.S.C. § 1028A)

The Grand Jury further charges:

On or about September 22, 2020, in the District of Massachusetts, the Defendant,

**LUIS ALISON ROA LARA,**

did knowingly transfer, possess, and use, without lawful authority, a means of identification of another person during and in relation to a felony violation enumerated in 18 U.S.C. § 1028A(c), that is, False Statement in Application for Passport, in violation of 18 U.S.C. § 1542, as charged in Count One.

All in violation of Title 18, United States Code, Section 1028A.

## COUNT THREE
## Misuse of a Social Security Number
## (42 U.S.C. § 408(a)(7)(B))

The Grand Jury further charges:

On or about June 19, 2020, in the District of Massachusetts, the Defendant,

## LUIS ALISON ROA LARA,

for the purpose of obtaining anything of value from any person, and for any other purpose, did, with intent to deceive, falsely represent a number to be the social security account number assigned by the Commissioner of Social Security to him on a Massachusetts Registry of Motor Vehicles license application, when in fact such number is not the social security account number assigned by the Commissioner of Social Security to him.

All in violation of Title 42, United States Code, Section 408(a)(7)(B).

## FALSE STATEMENT IN APPLICATION FOR PASSPORT FORFEITURE ALLEGATION
(18 U.S.C. § 982(a)(6)(A))

1. Upon conviction of the offense in violation of Title 18, United States Code, Sections 1542, set forth in Count One, the defendant,

LUIS ALISON ROA LARA,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(6)(A), any conveyance, including any vessel, vehicle, or aircraft used in the commission of the offense of which the person is convicted, and any property, real or personal, used or intended to be used to commit or to facilitate the commission of such offense, or any property, real or personal, that constitutes or is derived from proceeds obtained, directly or indirectly, as a result of such offense.

2. If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 18, United States Code, Section 982(a)(6)(A), as a result of any act or omission of the defendant --

   a. cannot be located upon the exercise of due diligence;
   b. has been transferred or sold to, or deposited with, a third party;
   c. has been placed beyond the jurisdiction of the Court;
   d. has been substantially diminished in value; or
   e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 18, United States Code, Section 982(b), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1 above.

All pursuant to Title 18, United States Code, Section 982(a)(6)(A).

A TRUE BILL

*[signature]*
FOREPERSON

*[signature]*

BRIAN J. SULLIVAN
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

District of Massachusetts: August 14, 2024
Returned into the District Court by the Grand Jurors and filed.

/s/ Noreen A. Russo

DEPUTY CLERK     at 1:35 PM